**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

Plaintiff(s)

v.

CARMELO VEGA PACHECO

Defendant.

CRIM. No. 97-076-05 (DRD)

| MOTION | ORDER |
|---|---|
| Docket entry no. **1598**<br><br>Date: 02/22/2005<br><br>Title: **Motion for appointment of counsel, pro se.** | **X  GRANTED**<br><br>❏  DENIED.<br><br>❏  MOOT.<br><br>❏  NOTED.<br><br>❏ The Government is granted  days to respond.<br><br><u>The appointment of counsel is to be made by the Circuit Court of Appeals.</u> |

**IT IS SO ORDERED.**

Date: March 1, 2005

*S/ DANIEL R. DOMINGUEZ*
**DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE**