The United States District Court
for The District of Puerto Rico

| United States of America Plaintiff- Respondent vs. Carmelo Vega Pacheco Defendant- Petitioner. | Case: No. 97-cr-076-DRD. |

RECEIVED AND FILED
2008 MAR 12 PM 2:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## Motion for Appointment of Consel.

Al Honorable Tribunal.

Comparece la parte Recurrente por derecho propio muy respetuosamente y Careciendo de Vienes de fortuna o ingreso que me permitan sufragar los gastos que Ocasiona el Presente escrito legal, Asi Como Honorarios de Abogados. Expone Alega y Solicita.

1- Que Actualmente me encuentro bajo la Custodia de la Administración de Correccion en la Institucion de Maxima Seguridad en Ponce, Puerto Rico. C-5-6022 en Virtud a una Sentencia dictada el dia 11 de Julio de 1994. por el Tribunal de Primera Instancia Sala de San Juan, Puerto Rico

2- Que Para el mes de Mayo del 2005 Desde las Maximas de Ponce. Someti una Mocion Solicitandole A este Honorable Tribunal una Representacion legal y la Respuesta emitida a los efestos. Fue Aceptada No obstante aun estoy en Espera.

3. Que el Juez Honorable Daniel Dominguez Acepto la mocion Sometida Por Carmelo Vega Pacheco

La misma sea Contestada por Vuestro Honor.
Hoy estamos a 10 de Marzo de 2008 y continuo
a la espera de mi Representación Legal.

4- Que el Peticionario no habla ni escribe en
Ingles, mi educación es limitada y caresco de
Educación legal.

5- Que mi Intención es saber el Estatus del caso
de epígrafe.

6- Que en virtud de la Representación Legal Pretendo
Someter ante este Honorable Tribunal una 2255
y la Representación legal.

7- Quedo a la espera de un abogado ya que caresco
de bienes de fortuna que Pueda sufragar los gastos u
Honorario.

Respetuosamente Sometido en Ponce, Puerto Rico
hoy 10 de Marzo de 2008 para que sea debidamente
presentada ante las autoridades Pertinente en la
Secretaria de este Honorable Tribunal.
United States District Court.
Room 150 Federal BLDG
San Juan P.R. 00918-1767

Respetuosamente Sometido
Carmelo Vega Pacheco
Carmelo Vega Pacheco
C5-6022
P.O. Box 900
Peñuelas, P.R. 00624

