UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

      Defendant,   )
                              )
vs _Carmelo Vega Pacheco_ )   Case No: Cr-97-076-25(DRD)
                              )
UNITED STATES OF AMERICA,  )
      Respondent.   )

MOTION FOR REDUCTION OF SENTENCE PURSUANT TO
28 USC §944(u), 18 USC §3582(c)(2), 18 USC §3553(A),
USSG §1B1.10 AS AMENDED ON 3/8/2008 AND ADMINISTRATIVE
DIRECTIVE MISC. 08-31(JAF), ENTERED ON 2/15/2008

COMES NOW, Defendant _Carmelo Vega Pacheco_ and very respectfully informs, states and prays, as follows:

1. Defendant _Carmelo Vega Pacheco_, was sentenced in the above referenced case to life. See US v. _Carmelo Vega Pacheco_

He is at _____, This Motion for Reduction of Sentence if files pursuant to 28 USC §944(u), 18 USC §3582(c)(2), 18 USC 3553(a), USSG §1B1.10 as amended on March 3, 2008, and Administrative Directive, Misc 08-31(JAF), entered on February 15, 2008 (Dkt #1).

Therefore, it is respectfully requested that this Honorable Court to remain informed of the above, and any other remedy pursuant to law.

I do certify that on this date, I filed the foregoing Motion with the Clerk of Court. Attorney's Office, Attn: Supervisory Asst.

US Attorney Jeannette Mercado and Assistant US Attorney Jose Ruiz, Chief Criminal Division, Torre Chardon, 350 Carlos Chardon Street, Suite 1201, San Juan, Puerto Rico 00918; Tels (787) 282-1884 and (787) 282-1809, e-mail: jeannette.mercado@usdoj.gov and jose.ruiz@usdoj.gov, respectively: and to the US Probation Office, Attn. Assistant Deputy Chief US Probation Office, Zulma Basora, 400 Federico Degetau Federal Building, 150 Carlos Chardon Avenue, San Juan, Puerto Rico 00918-1703. Tel (787) 766-5814. E-mail: Zulma.basora@prp.uscourts.gov and Belinda.zayaz@prp.uscourts.gov.



Respectfully Submitted,

Carmelo Vega Pacheco

Defendant,