Caneb Veg
I.M5. C-5- 2022
2.0. Box 900
Peñeuls, PR. 00624

Clerk office
Unite stated distuct Court
Room 150 federal Bldg
5v PR 00918-1767

