Carmelo Vega Pacheco
CS-6022
P.O. Box 900
Las Piedras PR. 00624



CLERKS Office
United States District Court
Room 150 Federal BLDG
San Juan PR. 00918-1767